IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY MARIE KEMPER, as assignee of CHRISTOPHER L. BROWN, <br><br> Plaintiff, <br><br> v. <br><br> EQUITY INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) FILE NO. 1:15-cv-2961-MLB <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties hereto stipulate and agree that this action is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted on October 6, 2021 by:

*/s/ Richard E. Dolder*
James ("Jay") Sadd
Georgia Bar No. 622010
Richard E. Dolder, Jr.
Georgia Bar No. 220237
SLAPPEY & SADD
352 Sandy Springs Circle
Atlanta, Georgia 30328
(404) 255-6677 (telephone)
jay@lawyersatlanta.com
rich@lawyersatlanta.com
*Attorneys for Amy Kemper*

Michael L. Werner
Ga. State Bar No. 748321
Werner Law, LLC
2860 Piedmont Road, NE
Atlanta, GA 30305
(404) 793-1690 (telephone)
mike@wernerlaw.com
*Attorney for Amy Kemper*

*/s/ Peter H. Schmidt, II*
Peter H. Schmidt, II
Georgia Bar No. 629512
TAYLOR, ODACHOWSKI,
SCHMIDT & CROSSLAND, LLC
300 Oak Street
St. Simons Island, Georgia 31522
(912) 634-0955 (telephone)
pschmidt@tosclaw.com
*Attorney for Equity*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the forgoing **Stipulation of Dismissal With Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of records for all parties. I further certify that the foregoing was prepared in Times New Roman 14pt font and otherwise complies with Local Rule 5.1.

Submitted on October 6, 2021.

*/s/ Richard E. Dolder*
Richard E. Dolder
Georgia Bar No. 220237
SLAPPEY & SADD, LLC
352 Sandy Springs Circle
Atlanta, Georgia 30328
(404) 255-6677 (voice)
rich@lawyersatlanta.com
*Attorney for Ms. Kemper*